*JACQUELINE M. JAMES, ESQ.*

THE JAMES LAW FIRM                          T: (914) 358 6423
445 HAMILTON AVENUE                         F: (914) 358 6424
SUITE 1102                                  JJAMES@JACQUELINEJAMESLAW.COM
WHITE PLAINS, NY 10601                      JACQUELINEJAMESLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2026

April 9, 2026

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: 1:26-cv-00472-MKV; *Plaintiff's Request for an Extension of Time Within Which to Effectuate Service on Defendant***

Dear Judge Vyskocil,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On February 2, 2026, Plaintiff filed the instant case against John Doe subscriber assigned IP address 67.245.149.82 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On February 2, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

As of the date of this filing, Plaintiff's Motion for Leave is still pending before the Court. Without permission to serve a third-party subpoena on Defendant's ISP, Plaintiff cannot learn Defendant's identity and, therefore, is currently unable to comply with the deadline to effect service of process.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effect service on the Defendant no later than April 19, 2026. Because Defendant's identity is unknown to Plaintiff at this time, Plaintiff is unable to comply with the current deadline to effect service of process.

1

For the foregoing reasons, Plaintiff respectfully requests that the deadline to effect service of the summons and Amended Complaint on Defendant be extended for an additional sixty (60) days, and thus the deadline to effect service be extended to June 18, 2026.

Respectfully Submitted,

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

**Granted. SO ORDERED.**

Date: 4/23/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

2